IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZACHARY M. SPIVEY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:19-cv-1256-N-BT |
| | § | |
| ABSENTIA PICTURES LLC, | § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated November 15, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. It is therefore ordered that the pro se answer of defendant Absentia Pictures, LLC is stricken.

**SO ORDERED,** this 20th day of December, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE